# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| RONALD K. JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4118-CV-C-NKL |
| ) | |
| JEREMIAH W. NIXON, in his Official Capacity ) | |
| as Attorney General of the State of Missouri, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 12, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 29, 2008. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 12, 2008, is adopted. [12] It is further

ORDERED that defendant's motion of September 18, 2007, to dismiss is granted and plaintiff's claims are dismissed, without prejudice, for plaintiff's failure to state a claim for which relief can be granted, and pursuant to the abstention doctrine. [5]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 18, 2008
Jefferson City, Missouri